UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

FILE NO: 2:18-MJ-1064-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER RESTORING DRIVING PRIVILEGE AND RETURNING LICENSE |
| JOHN FRANTZ, *Defendant.* | |

**THIS MATTER** coming on to be heard before the undersigned Judge upon the Defendant's motion to have the Defendant's driving privilege restored and license returned, this court finds as a fact that on August 28th, 2018, thirty (30) days passed since the Defendant surrendered his license after being charged with Operating under the Influence to Degree that Renders Incapable Safe Vehicle Operation in violation of 36 CFR 4.23(a)(1) and OUI: Greater than .08, *inter alia*.

**IT IS, THEREFORE, ORDERED** that effective September 10th, 2018, the Defendant's driving privilege be restored and his license be immediately returned to the Defendant.

This the 10th day of September, 2018.

*/s/ Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge - EDNC